**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

**ALKANE MIDSTREAM LLC,**
*Plaintiff,*

§
§
§
§

**v.**

§
§

**MO:25-CV-00214-DC**

§

**PALMER JOHNSON POWER
SYSTEMS LLC and MESA
NATURAL GAS SOLUTIONS, LLC,**
*Defendants.*

§
§
§
§
§
§

## ORDER

Before the Court is United States Magistrate Judge Ronald C. Griffin's Report and Recommendation (Doc. 36) concerning Defendant Mesa Natural Gas Solutions, LLC's Partial Motion to Dismiss. (Doc. 26). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge filed his report and recommendation on May 15, 2026.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because no objections were filed, the Court reviews for clear error.

Finding no such error, the Court **ADOPTS** the R&R and thus **GRANTS IN PART AND DENIES IN PART** the Motion to Dismiss. The Motion is **GRANTED** as to Plaintiff's claims for fraudulent inducement and breach-of-express-warranty based on Defendant Mesa's representation that the units had undergone "hundreds of hours of real-world testing" and **DENIED** as to Plaintiff's breach-of-express-warranty claim premised on Defendant Mesa's guarantee of a "95% run-time." Plaintiff's fraudulent inducement and breach-of-express-warranty claims based on the "hundreds of hours of real-world testing" are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

SIGNED this 1st day of June, 2026.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

2